✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY - 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Kᴌ Z DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RYAN MCCARTHY
Assistant U.S. Attorney
Arizona State Bar No. 029804
STEPHEN MARLOWE
Assistant United States Attorney
California State Bar. No. 353337
40 N. Central Ave, Suite 1800
Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
Email: Stephen.Marlowe@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Gabriel Mendoza-Acoltzi,<br><br>Defendant. | No.   CR-26-00455-PHX-DJH (DMF)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 844(f)(1)<br>(Malicious Damage to Federal<br>Property)<br>Count 1<br><br>18 U.S.C. § 1361<br>(Willful Depredation Against<br>Property of the United States)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 21, 2026, in the District of Arizona, the defendant, GABRIEL MENDOZA-ACOLTZI, did maliciously damage and attempt to damage a building located at 13290 W. Sweetwater Avenue, Surprise, Arizona, in whole and in part owned by the United States Immigration and Customs Enforcement, an agency of the United States Department of Homeland Security, by means of fire.

In violation of Title 18, United States Code, Section 844(f)(1).

## COUNT 2

On or about February 21, 2026, in the District of Arizona, the defendant, GABRIEL MENDOZA-ACOLTZI, willfully and by means of arson, did commit and attempt to commit a depredation against property of the United States and of any department or agency thereof, specifically a warehouse facility located at 13290 W. Sweetwater Avenue, Surprise, Arizona, and the resulting damage exceeded $1,000.

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date: May 5, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_/s/_
RYAN MCCARTHY
STEPHEN MARLOWE
Assistant U.S. Attorneys