**SOTO-LAW PLLC**
Brian C. Soto
Arizona Bar No. 035103
bsoto@soto-law.com
SOTO-LAW PLLC
4001 N. 3rd St., Ste. 405
Phoenix, AZ 85012
(480)500-9900
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

     vs.

Gabriel Mendoza-Acoltzi,

               Defendant.

Case No: 2:26CR00455

DEFENDANT'S MEMORANDUM IN SUPPORT OF RELEASE

COMES NOW Defendant, Gabriel Mendoza-Acoltzi ("Mr. Mendoza"), by and through undersigned counsel, respectfully submits the following in support of his release from custody on his own recognizances with conditions of pretrial services.

Pursuant to 18 U.S.C. § 3142(g), Your Honor shall consider the following information in determining whether there are conditions of release that will reasonably assure the appearance of Mr. Mendoza as required and the safety of any other person and the community:

    I.    <u>Nature and Circumstances of Offense Charged</u>

Mr. Mendoza is charged with Malicious Damage to Federal Property (18 U.S.C. § 844(f)(1)) and Willful Depredation Against Property of the United States (18 U.S.C. § 1361).

1

Although these charges are serious, it is fortunate that no one was harmed as a result of Mr. Mendoza's alleged acts.

Mr. Mendoza and his mother recognize the seriousness of the allegations and as such, have retained private counsel to represent Mr. Mendoza, which reflect at minimum an understanding of the serious nature of the allegations.

II. Weight of The Evidence

Undersigned counsel recognizes that the government has assembled substantial evidence in this matter, including video surveillance and Mr. Mendoza's own statements. However, the weight of the evidence is merely one factor among several under 18 U.S.C. § 3142(g), and it is to be given the least amount of weight. *United States v. Motamedi*, 767 F.2d 1403 (9th Cir. 1985).

III. Defendant's History & Characteristics

Mr. Mendoza is 19 years old. He was born in Bellevue, Washington, and has lived in Washington State his entire life until relocating to Avondale, Arizona, in August 2025 to attend Universal Technical Institute (UTI), a trade school. He has no prior criminal record whatsoever.

Despite moving to Arizona to study, Mr. Mendoza remains in daily contact with his parents and minor siblings whom still reside in Renton, Washington. His mother, Carmen Acoltzi, has been verified by Pretrial Services as a reliable point of contact. Ms. Acoltzi has offered to serve as a third-party custodian, and Pretrial Services has conducted a criminal background check revealing no arrests and determining she's a suitable custodian.

Mr. Mendoza would like to remain in Arizona and continue attending school and continue working part time at In-n-Out but is willing to also move back home with his parents

at 18256 SE 144th Place, Renton, Washington 98059; should the Court prefer. Either way Mr. Mendoza has the means and support of his family to be present in this Honorable Court for any and all future hearings.

Mr. Mendoza is in excellent physical health. He disclosed a single suicide attempt approximately three years ago following a romantic breakup; the attempt was unsuccessful and he reports no suicidal ideation since that time. His mother confirmed he has never been diagnosed with any mental health condition. While Pretrial Services flagged this history as a concern, it also concluded that conditions could be fashioned to address it. Defense would support any recommendation for mental health treatment as a condition of release and Mr. Mendoza would comply.

The government argues that Mr. Mendoza is a flight risk. This concern is addressed directly and effectively by a straightforward condition: surrender of travel documents. Pretrial Services has already recommended that Mr. Mendoza surrender both his U.S. and Mexican passports to Pretrial Services by May 15, 2026, and that he be prohibited from obtaining any new travel document during the pendency of these proceedings.

Moreover, Mr. Mendoza-Acoltzi is a United States citizen with his primary family, community, and educational ties in this country. He has no financial resources, property, or employment abroad. His extended family in Mexico and Brazil does not provide a meaningful support network for sustained flight.

IV.     PRETRIAL SERVICES RECOMMENDS RELEASE

The United States Pretrial Services Office has evaluated all of the same factors before the Court and has affirmatively recommended release on personal recognizance with conditions. Pretrial Services concluded: "there is a condition or a combination of conditions

which could be fashioned to reasonably minimize the risk of nonappearance' and 'reasonably minimize the risk of danger to the community." Pretrial Bail Report at 3.

**CONCLUSION**

Mr. Mendoza is a 19-year-old first-time offender with no criminal history, strong family ties, a willing and qualified third-party custodian, and a Pretrial Services recommendation for release. The alleged offense, while serious, caused no injury to any person. The government's concerns about flight and danger can be met through the conditions recommended by Pretrial Services.

For these reasons, undersigned counsel respectfully requests that the Court release Mr. Mendoza-Acoltzi on the conditions recommended by Pretrial Services, or such other conditions as the Court deems appropriate

Respectfully submitted this 14th day of May 2026.

**SOTO-LAW PLLC**

Brian C. Soto

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true and correct copy of this Memo in Support of Release upon each attorney of record and the original upon the Clerk of Court on this the 14<u>th</u> of May 2026.


**Honorable Michael T. Morrissey**
United States Magistrate Judge
Morrissey_chambers@azd.uscourts.gov
Elida_Carranza@azd.uscourts.gov

**AUSA Stephen Marlowe**
United States Attorney's Office
stephen.marlowe@usdoj.gov

**AUSA Ryan McCarthy**
United States Attorney's Office
Ryan.McCarthy@usdoj.gov