FILED __ LODGED
__ RECEIVED __ COPY

JUN 1 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,  ]
      Plaintiff,  ]
           ]
   vs  ]
           ]
Gabriel Mendoza-Acoltzi ]
      Defendant.  ]
_____ ]

CASE NO: CR-26-00455-001-PHX

AFFIDAVIT

RE:  APPEARANCE BOND

(CASH SECURITY)

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, Luz del Carmen Acoltzi Vite , on oath say that the $5,000.00 cash deposited as security on the foregoing bond is owned by me and is to be returned to me upon exoneration of the bond.

I hereby subject said fund to the provisions of LRCrim 46.2 and consent and agree that in the case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten (10) days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to and subscribed before me
this 10th day of June , 20 26

_____
Signature of Deputy Clerk

_____
Signature of Owner
of Cash Security

RECEIPT NUMBER:_____