**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Gabriel Mendoza-Acoltzi,

Defendant.

No. CR-26-00455-001-PHX-DJH

**ORDER**

(Second Request)

Upon motion of the Defendant, no objection by the Government, and good cause appearing,

**IT IS ORDERED granting** Defendant's Motion to Continue Trial and Pretrial Deadlines (Doc. 35) for the reasons stated in the motion.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from October 6, 2026 to **January 5, 2027 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until December 4, 2026.

**IT IS FINALLY ORDERED** that if any subpoenas were previously issued and

served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. §3161(h) from October 7, 2026 to January 5, 2027.

Dated this 17th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge